## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER N. BUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-060-KEW |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 21, 2022, Plaintiff filed the Complaint in this case, alleging that the Administrative Law Judge ("ALJ") should have determined Plaintiff to be disabled during the relevant period of time and awarded benefits. Defendant filed the administrative transcript/answer on August 18, 2022. Thereafter, Defendant filed the subject Unopposed Motion for Remand, requesting the case be remanded to Defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

As stated in the Motion, Plaintiff does not oppose the remand of this case for the purposes outlined. This Court specifically finds the ALJ did not perform the analysis required by the prevailing case authority and Social Security regulations. As a result, this Court finds the ALJ erred in not doing so, thereby warranting the remand of the case for consideration of the same.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion and Brief to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Docket Entry #27) is hereby **GRANTED**.  Accordingly, the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED this 20th day of April, 2023.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE